**Order entered January 27, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00088-CV

### IN RE MICHAEL GIBB, Relator

**Original Proceeding from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-55837-2009**

## ORDER

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **DENY** as moot relator's motion for temporary relief to suspend the trial court's order. We

**ORDER** relator to bear the costs of this original proceeding.

/s/     DOUGLAS S. LANG
          JUSTICE